# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IDRIS ABDUS SABER,<br>Plaintiff, | : <br> : |
| v. | : CIVIL ACTION NO. 19-CV-3526 |
| WELLS FARGO BANK, N.A., *et al.*,<br>Defendant. | : <br> : |
| IDRIS ABDUS SABER,<br>Plaintiff, | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 19-CV-3527 |
| WELLS FARGO BANK, N.A., *et al.*,<br>Defendant. | : <br> : <br> : |

FILED
AUG 15 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 15th day of August, 2019, upon consideration of Idris Abdus Saber's Motions to Proceed *In Forma Pauperis* in the above cases (ECF Nos. 1), his *pro se* Complaint in Civil Action Number 19-3526 (ECF No. 2), and his *pro se* Notice of Removal in Civil Action Number 19-3527 (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** in both cases pursuant to 28 U.S.C. § 1915.

2. The Complaint in Civil Action Number 19-3526 and Notice of Removal in Civil Action Number 19-3527 are **DEEMED** filed.

3. The Complaint in Civil Action Number 19-3526 is **DISMISSED with prejudice** for the reasons in the Court's Memorandum.

4. Civil Action Number 19-3527 shall be **REMANDED** forthwith to the Philadelphia

Court of Common Pleas pursuant to 28 U.S.C. § 1447(c) for the reasons stated in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** these cases.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

8/15/19 mailed
Saber

xc: PCCP